UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5009851 |
| DOMINICK MASUCCI | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5009851 against the defendant Dominick Masucci, which was filed on December 12, 2013, charging him with possessing a knife with a blade more than 2.5 inches in length at a federal facility, in violation of 18 U.S.C. § 930(a), for the reason that prosecution of defendant Dominick Masucci is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by the defendant of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/29/14